**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**EARL ANTHONY CRAFT, JR.,**

*Plaintiff*,

v.                                                       **Case No.: 5:26cv87-MW/MJF**

**CENTURION OF FLORIDA, LLC,**
**et al.,**

*Defendants.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8, and has also reviewed *de novo* Plaintiff's objections, ECF No. 10.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 8, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** pursuant to this Court's inherent authority to manage its docket and enforce the Local Rules, based on Plaintiff's failure to comply with the complaint form's explicit instructions and

failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on June 1, 2026.**

**s/Mark E. Walker**
**United States District Judge**